| | |
|---|---|
| TIFFANY & BOSCO, P.A.<br>Richard G. Himelrick, No. 004738<br>Seventh Floor Camelback Esplanade II<br>2525 East Camelback Road<br>Phoenix, Arizona 85016<br>Telephone: (602) 255-6000<br>rgh@tblaw.com<br><br>DIETRICH SIBEN THORPE LLP<br>Matthew P. Siben (admitted *pro hac vice*)<br>500 Australian Ave. South, Suite 637<br>West Palm Beach, Florida 33401<br>Telephone: (561) 820-4882<br>matthew@dstlegal.com<br><br>Attorneys for Plaintiffs<br><br>[Additional counsel appear on signature page.] | OSBORN MALEDON, P.A.<br>Joseph N. Roth, No. 025725<br>2929 North Central Avenue<br>Phoenix, AZ 85012-2793<br>Telephone: (602) 640-9000<br>jroth@omlaw.com<br><br>CRAVATH, SWAINE & MOORE LLP<br>Daniel Slifkin (admitted *pro hac vice*)<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>dslifkin@cravath.com<br><br>Attorneys for Defendants<br><br>[Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Maverick Fund, L.D.C.; Maverick Fund USA, Ltd.; Maverick Fund II, Ltd.; Maverick Neutral Fund, Ltd.; Maverick Neutral Levered Fund, Ltd.; Maverick Long Fund, Ltd.; and Maverick Long Enhanced Fund, Ltd.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>First Solar, Inc.; Michael J. Ahearn; Robert J. Gillette; Mark R. Widmar; Jens Meyerhoff; James Zhu; Bruce Sohn; and David Eaglesham,<br><br>                Defendants. | No. CV-15-01156-PHX-DGC<br><br>**JOINT NOTICE REGARDING STATUS OF SETTLEMENT DISCUSSIONS** |

On March 13, 2020, the parties conducted good faith settlement discussions with the assistance of Robert A. Meyer, Esq., pursuant to the Court's Case Management Order (Doc. No. 38). The parties jointly submit this report informing the Court that the parties were unable to reach a settlement of the claims in this action, and do not believe at the present time that assistance from the Court is needed in seeking settlement of the case.

DATED: April 30, 2020

TIFFANY & BOSCO, P.A.
Richard G. Himelrick

*s/ Richard G. Himelrick (with permission)*
Richard G. Himelrick

Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
rgh@tblaw.com

DIETRICH SIBEN THORPE LLP
Matthew P. Siben (admitted *pro hac vice*)
500 Australian Ave. South, Suite 637
West Palm Beach, Florida 33401
Telephone: (561) 820-4882
matthew@dstlegal.com

-and-

David A. Thorpe (admitted *pro hac vice*)
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Telephone: (310) 300-8450
david@dstlegal.com

Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: April 30, 2020 | OSBORN MALEDON, P.A. |
| 2 | | Joseph N. Roth |

_s/ Joseph N. Roth_
Joseph N. Roth

2929 North Central Avenue
Phoenix, AZ 85012-2793
Telephone: (602) 640-9000
(602) 640-9050 (fax)
jroth@omlaw.com

CRAVATH, SWAINE & MOORE LLP
Daniel Slifkin (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
Lauren M. Rosenberg (admitted *pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
dslifkin@cravath.com
kdemasi@cravath.com
lrosenberg@cravath.com

Counsel for Defendants