TIFFANY & BOSCO, P.A.
Richard G. Himelrick, No. 004738
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
rgh@tblaw.com

DIETRICH SIBEN THORPE LLP
Matthew P. Siben (*pro hac vice*)
500 Australian Ave. South, Suite 637
West Palm Beach, Florida 33401
Telephone: (561) 820-4882
matthew@dstlegal.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

OSBORN MALEDON, P.A.
Joseph N. Roth, No. 025725
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012-2793
Telephone: (602) 640-9000
jroth@omlaw.com

CRAVATH, SWAINE & MOORE LLP
Daniel Slifkin (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
dslifkin@cravath.com

Attorneys for Defendants

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Maverick Fund, L.D.C.; Maverick Fund USA, Ltd.; Maverick Fund II, Ltd.; Maverick Neutral Fund, Ltd.; Maverick Neutral Levered Fund, Ltd.; Maverick Long Fund, Ltd.; and Maverick Long Enhanced Fund, Ltd.,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>First Solar, Inc.; Michael J. Ahearn; Robert J. Gillette; Mark R. Widmar; Jens Meyerhoff; James Zhu; Bruce Sohn; and David Eaglesham,<br><br>　　　　　　　　Defendants. | No. CV15-1156-PHX-DGC<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to paragraph 8 of the Court's case management order, ECF No. 38, Plaintiffs and Defendants hereby notify the Court that the parties have reached an agreement to resolve all claims in this action. The parties are currently drafting final settlement documents and anticipate that they will file a joint stipulation of dismissal with prejudice within the next 30 days. The parties intend to comply fully with this Court's set-aside order in Case No. 12-cv-00555-DGC, ECF No. 669.

DATED: June 11, 2020

TIFFANY & BOSCO, P.A.
Richard G. Himelrick

    **s/** Richard G. Himelrick (with permission)
        Richard G. Himelrick

Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
rgh@tblaw.com

DIETRICH SIBEN THORPE LLP
Matthew P. Siben (admitted *pro hac vice*)
500 Australian Ave. South, Suite 637
West Palm Beach, Florida 33401
Telephone: (561) 820-4882
matthew@dstlegal.com

-and-

David A. Thorpe (admitted *pro hac vice*)
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Telephone: (310) 300-8450
david@dstlegal.com

Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: June 11, 2020 | OSBORN MALEDON, P.A.<br>Joseph N. Roth |
| 2 | | |
| 3 | | |
| 4 | | **s/** Joseph N. Roth |
| 5 | | Joseph N. Roth |
| 6 | | 2929 North Central Avenue, Suite 2100<br>Phoenix, AZ 85012-2793 |
| 7 | | Telephone: (602) 640-9000<br>(602) 640-9050 (fax) |
| 8 | | jroth@omlaw.com |
| 9 | | CRAVATH, SWAINE & MOORE LLP |
| 10 | | Daniel Slifkin (admitted *pro hac vice*) |
| 11 | | Karin A. DeMasi (admitted *pro hac vice*)<br>Lauren M. Rosenberg (admitted *pro hac vice*) |
| 12 | | Worldwide Plaza |
| 13 | | 825 Eighth Avenue<br>New York, NY 10019 |
| 14 | | Telephone: (212) 474-1000 |
| 15 | | dslifkin@cravath.com<br>kdemasi@cravath.com |
| 16 | | lrosenberg@cravath.com |
| 17 | | Counsel for Defendants |